UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRYAN K. PHILLIPS, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Cause No. 2:13-cv-412-WTL-DKL |
| BANK OF INDIANA, NATIONAL ASSOCIATION, et al., | ) |
| Defendants. | ) |

# JUDGMENT

The Court having made its Entry on the Defendants' motions to dismiss, the Plaintiffs' RICO claims (Counts I and II of the Second Amended Complaint) are **DISMISSED WITH PREJUDICE** as to all of the Defendants. The Court declines to exercise supplemental jurisdiction over the Plaintiffs' remaining claims; they are all **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED: 8/26/15

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification